UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SELECTIVE INSURANCE
COMPANY OF AMERICA,

          Plaintiff,

v.                                                Civil Case No. 23-12948
                                                Honorable Linda V. Parker

MiG EAST, LLC, ET AL.

          Defendants.
_____/

## ORDER GRANTING MOTION TO LIFT STAY (ECF No. 11)

This matter is before the Court on Selective Insurance Company of America ("Plaintiff")'s motion to lift the stay as to Defendants Paul Jenkins, Sr. ("Defendant Jenkins"), and Anita D. Washington-Jenkins ("Defendant Washington-Jenkins"). (ECF No. 11.) This matter was initiated on November 20, 2023, against MiG East, LLC ("MiG East"), Defendant Jenkins, and Defendant Washington-Jenkins.

On December 19, 2023, MiG East filed for Chapter 11 Bankruptcy. (*See In Re: MIG East, LLC,* Case No. 23-bk-51096-MAR.) That same day, in the bankruptcy action, Plaintiff agreed to a 90-day stay of this matter as it relates to Defendants Jenkins and Washington-Jenkins. (Case No. 23-bk-51096, ECF No. 73 at PageID. 58.) On February 2, 2024, this Court entered an Order staying this case pending the outcome of the bankruptcy proceedings. (Case No. 23-cv-12948, ECF

No. 9.) On March 11, 2024, MiG East moved before the bankruptcy court to extend the time to file its Chapter 11 plan. (Case No. 23-bk-51096, ECF No. 90.) On March 29, 2024, the bankruptcy court granted MiG East's motion and extended the deadline to file the Chapter 11 Plan to April 18, 2024. (Case No. 23-bk-51096, ECF No. 102.) On April 18, 2024, MiG East filed its Chapter 11 Plan. (Case No. 23-bk-51096, ECF No. 122.) No further extension was provided.

Plaintiff now moves to lift the stay in this matter as it relates to Defendant Jenkins and Defendant Washington-Jenkins. There is no order from the bankruptcy court further extending the stay and the purpose of the stay, to allow MiG East to file its Chapter 11 Plan, has now been satisfied. For these reasons, the Court grants Plaintiff's motion to lift the stay as it relates to Defendant Jenkins and Washington-Jenkins.

**IT IS ORDERED** that Plaintiff's motion (ECF No. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that counsel for Plaintiff shall serve this Order on Defendants Jenkins and Washington-Jenkins and file a certificate of service.

**IT IS FURTHER ORDERED** that Defendants Jenkins and Washington-Jenkins shall have twenty-one (21) days from the date of service of this Order to

move, answer, or otherwise respond to Plaintiff's complaint (ECF No. 1.)

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: June 24, 2024